1   Law Offices of
**MATHENY SEARS LINKERT & JAIME, LLP**
2   DOUGLAS A. SEARS, ESQ. (SBN 48646)
JEFFREY E. LEVINE, ESQ. (SBN 255862)
3   3638 American River Drive
Sacramento, California  95864
4   Telephone:   (916) 978-3434
Facsimile:   (916) 978-3430

5

6   Attorneys for Defendant, MCM INSURANCE
AGENCY, INC. fka AHM INSURANCE
AGENCY, INC.

7

8               UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11   MOTORISTS COMMERICAL MUTUAL
INSURANCE COMPANY fka
12   AMERICAN HARDWARE MUTUAL
INSURANCE COMPANY; and BILL
13   ACKERMAN TIRE CENTER, INC.,

14            Plaintiffs,

15      v.

16   KEVIN ANTHONY SOLTIS; AHM
INSURANCE AGENCY, INC.
17
            Defendants.
18

Case No.  2:13-cv-01647-TLN-CKD

**STIPULATION AND ORDER
CONTINUING CLOSE OF DISCOVERY,
DISCLOSURE OF EXPERT WITNESSES
AND MOTION HEARING SCHEDULE.**

19

20      Plaintiffs Motorists Commerical Mutual Insurance Company fka American Hardware

21   Mutual Insurance Company and Bill Ackerman Tire Center, Inc., and Defendants, Kevin

22   Anthony Soltis and MCM Insurance Agency, Inc. fka AHM Insurance Agency, Inc., through their

23   respective counsel, respectfully request a continuance of the close of discovery, disclosure of

24   expert witnesses and motion hearing schedule deadlines due to the following:

25                       <u>**RECITALS**</u>

26      1.     On October 25, 2013, this Court entered its Pre-trial Scheduling Order that, among

27   other things, provided that amendment would only be allowed by leave of Court with good cause

28   shown.  This case is currently set for trial on September 8, 2015.

1

LAW OFFICES OF
**MATHENY SEARS LINKERT & JAIME, LLP**
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA  95864

2.      The parties believe good cause exists for a brief continuance of the current October 1, 2014, close of discovery, December 4, 2014 disclosure of expert witnesses, and April 9, 2015 Pre-Trial Conference, deadlines.  After the Court entered its Order the parties mediated this case with Hon. William L. Bettinelli (Ret.) on September 5, 2013.  However, at the time of mediation, it became apparent the parties needed to engage in further discovery in several areas, including the depositions of persons employed by the parties on the east coast who also reside there.  Thus, mediation was unsuccessful.

3.      On January 23, 2014, defendant MCM Insurance Agency, Inc. fka AHM Insurance Agency, Inc. retained personal counsel, Douglas A. Sears, Esq. and Jeffrey E. Levine, Esq., who formally appeared on that same day.

4.      On March 3, 2014, defendant Kevin Solits retained personal counsel, Craig E. Farmer, Esq., who formally appeared on that same day.

5.      Since mediation the parties have engaged in meaningful written discovery. Currently, the deposition of defendant Kevin Solits is set for May 15, 2014 in Medford, Oregon. The parties also working together to set additional depositions that may take place on the east coast.

6.      A brief continuance of the close of discovery, motion hearing schedule, and pre-trial conference deadlines proposed herein would allow new counsel to familiarize themselves with this complex case and additional time for the parties to efficiently prepare for a second session of mediation. A continuance would also not alter the Court's current September 8, 2015 trial date.

7.      Accordingly, all parties agree that it is in the interests of justice and an efficient resolution of this case to extend the following deadlines:

| Event | Current Date | New Date |
|---|---|---|
| Close of Discovery | October 1, 2014 | February 1, 2015 |
| Disclosure of Experts | December 4, 2014 | February 16, 2015 |
| Motion Hearing Schedule | April 9, 2015 | May 21, 2015 |

///

2

LAW OFFICES OF
**MATHENY SEARS LINKERT & JAIME, LLP**
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA  95864

**STIPULATION**

Based on the foregoing recitals, the parties hereby STIPULATE that:

1. The close of discovery is continued from October 1, 2014 until February 1, 2015.

2. The disclosure of experts is continued from December 4, 2014 until February 16, 2015.

3. The motion hearing schedule is continued from April 9, 2014 until May 21, 2015.

4. All remaining dates and deadlines as set by the Court in its October 25, 2013 Order, are otherwise unaffected by this Stipulation and Proposed Order.

8. By entering into this stipulation, none of the parties waive any rights or arguments that they may otherwise have with respect to their ability to request or oppose additional continuances in this action if necessary.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.


Dated:  May 6, 2014                    **MAIRE & BURGESS, A LAW CORPORATION**


By:   /s/ Wayne H. Maire
WAYNE H. MAIRE, ESQ.,
Attorneys for Plaintiffs, MOTORISTS
COMMERICAL MUTUAL INSURANCE
COMPANY and BILL ACKERMAN
TIRE CENTER, INC.

Dated:  May 6, 2014                    **CRESSWELL, ECHEGUREN RODGERS & HARVEY**


By   /s/ Ronald D. Echeguren
RONALD D. ECHEGUREN, ESQ.
JULIE A LEMMER, ESQ.,
Attorneys for Defendant, MCM
INSURANCE AGENCY, INC. F/K/A
AHM INSURANCE AGENCY, INC.

///

///

///

LAW OFFICES OF
**MATHENY SEARS LINKERT & JAIME, LLP**
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

3

1    Dated:  May 6, 2014                    MATHENY SEARS LINKERT & JAIME, LLP

2

3                                           By:  /s/  Douglas A. Sears
                                               DOUGLAS A. SEARS, ESQ.,
4                                              Attorneys for Defendant, MCM
                                               INSURANCE AGENCY, INC. F/K/A
5                                              AHM INSURANCE AGENCY, INC.

6    Dated:  May 6, 2014                    BOORNAZIAN, JENSEN & GARTHE

7

8                                           By:  /s/ Alan E. Swerdlow
                                               ALAN E. SWERDLOW, ESQ.,
9                                              Attorneys for Defendant, KEVIN
                                               ANTHONY SOLTIS.
10   Dated:  May 6, 2014                    FARMER SMITH & LANE LLP

11

12                                          By:  /s/ Craig E. Farmer
                                               CRAIG E. FARMER, ESQ.,
13                                             Attorneys for Defendant, KEVIN
                                               ANTHONY SOLTIS.
14

15

16

17

18   **THE STIPULATION OF THE PARTIES IS APPROVED AND IT IS SO ORDERED.**

19

20

21   Dated: May 8, 2014

22

23

24   _____

25   Troy L. Nunley
     United States District Judge

26

27

28

*STIPULATION AND ORDER CONTINUING CLOSE OF DISCOVERY, DISCLOSURE OF EXPERT WITNESSES AND MOTION HEARING SCHEDULE.*

LAW OFFICES OF
**MATHENY SEARS LINKERT & JAIME, LLP**
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864