UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOTORIST COMMERCIAL MUTUAL INSURANCE COMPANY fka AMERICAN HARDWARE MUTUAL INSURANCE OMPANY, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>KEVIN ANTHONY SOLTIS, AHM INSURANCE AGENCY, INC.,<br><br>Defendants. | No.  2:13-cv-01647- TLN-CKD<br><br>**ORDER** |

This matter is before the Court pursuant to Defendant MCM Insurance Agency Incorporated's ("Defendant MCM")[1] Motion to Dismiss Count Four of Plaintiffs' Amended Complaint[2] (ECF No. 22) and Defendant Kevin Anthony Soltis's ("Defendant Soltis") Motion to Dismiss Count Four of Plaintiffs' Amended Complaint (ECF No. 23).   Plaintiffs Motorist Commercial Mutual Insurance Company ("Motorist") and Bill Ackerman Tire Center ("Ackerman") have filed statements of non-opposition to both Defendants' MCM and Soltis's motions.  (*See* ECF Nos. 30, 31.)  Accordingly, Defendants MCM and Soltis's motions to

///

---

[1]   MCM was erroneously sued as AHM Insurance Agency.
[2]   The Court had previously dismissed Plaintiffs' Fourth Cause of action for breach of fiduciary duty (*see* Order, ECF No. 18), but allowed Plaintiffs leave to amend.

1

Dismiss Count Four of Plaintiffs' Amended Complaint (ECF Nos. 22, 23) are hereby GRANTED.

IT IS SO ORDERED.

Dated: June 27, 2014

Troy L. Nunley
United States District Judge